KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WEIMU XIE, ) <br> ) <br>           Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary of the ) <br> Department of Homeland Security; EMILIO ) <br> T. GONZALEZ, Director, U.S. Citizenship and ) <br> Immigration Services; CONDOLEEZZA RICE, ) <br> Secretary of State, Department of State; ) <br> JOSEPH P. MARTIN, Officer in Charge, ) <br> USCIS Beijing Office, ) <br> ) <br>           Defendants. ) <br> ) | No. C 06-0826 SC <br><br> **STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST FILE AN ANSWER** <br><br> ORDER |

    Plaintiff, by and through his attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a thirty-day extension of time within which the defendants must serve their answer to the complaint in the above-entitled action. The defendants will file their answer on or before May 10, 2006.

///

///

Stipulation for Extension
C 06-0826 SC

| | | |
|---|---|---|
| 1 | Date: April 6, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

/s/
Date: April 5, 2006       JUSTIN X. WANG
                          Baughman & Wang
                          Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   4/7/06

IT IS SO ORDERED
Judge Samuel Conti

Stipulation for Extension
C 06-0826 SC