JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile: (415) 576-9929
Email: Lawbw@aol.com

Attorney for Plaintiff
Weimu XIE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Weimu XIE, | Case No.: C 06-0826 SC |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. | ORDER |
| *Michael Chertoff*, Secretary of the Department of Homeland Security; *Emilio T. Gonzalez*, Director, U.S. Citizenship and Immigration Services; *Condoleezza Rice*, Secretary of State, Department of State; *Joseph P. Martin*, Officer in Charge, USCIS Beijing Office; | Immigration Case |
| Defendants. | |

NOTICE IS HEREBY GIVE that pursuant to Fed.R.Civ.Pro.41(a), plaintiff voluntarily dismisses that above-captioned action without prejudice.

Date: April 11, 2006

IT IS SO ORDERED
Judge Samuel Conti

Justin X. Wang, Esq.
Attorney for Plaintiff

Case No.:
Plaintiff's original complaint for writ in the nature of mandamus

F:\NANCY\Mandamus\XIE, Weimu\dimissal.wpd